**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

VLADIMIR MATCHARASHVILI,

Petitioner,

vs. No. CIV 26-0180 JB/GJF

KRISTI NOEM, Secretary, Department of Homeland Security; and MARY DE ANDA YBARRA, Director, El Paso Field Office, Immigration and Customs Enforcement,

Respondents.

**FINAL JUDGMENT**

**THIS MATTER** comes before the Court on Memorandum Opinion and Order Adopting the Magistrate Judge's Proposed Findings and Recommended Disposition, filed June 15, 2026 (Doc. 11)("MOO"). In the MOO, the Court: (i) grants the Petition as to the first cause of action, violation of the Due Process Clause of the Fifth Amendment, and as to the second cause of action, violation of the Immigration and Nationality Act; (ii) enjoins the Petitioner's transfer outside this judicial district while this habeas action is proceeding; (iii) declares that Respondents' detention of Petitioner for over two months without a bond hearing violates the Immigration and Nationality Act and procedural due process; and (iv) issues a writ of habeas corpus ordering an individualized bond hearing before an immigration judge be held within seven days. See MOO at 9. With no more parties, claims, or issues before the Court, the Court enters, pursuant to rule 58(a) of the Federal Rules of Civil Procedure, Final Judgment disposing of this case.

**IT IS ORDERED** that: (i) the Petitioner's Petition for Writ of Habeas Corpus and Complaint for Emergency Injunctive Relief, filed on January 27, 2026 (Doc. 1)("Petition") is granted in part and denied in part; (ii) the Petition is granted as to the first cause of action, violation of the Due Process Clause of the Fifth Amendment, and as to the second cause of action, violation

of the Immigration and Nationality Act; (iii) the Court enjoins the Petitioner's transfer outside this judicial district while this habeas action is proceeding; (iv) the Court declares that Respondents' detention of the Petitioner for over two months without a bond hearing violates the Immigration and Nationality Act and procedural due process; (v) the Court issues a writ of habeas corpus ordering an individualized bond hearing before an immigration judge be held within seven days; and (vi) Final Judgment is entered.

UNITED STATES DISTRICT JUDGE

*Counsel:*

Lauren McClure
Kriezelman Burton and Associates LLC
Chicago, Illinois

*Attorneys for the Petitioner*

Todd Blanche
Acting United States Attorney General
Ryan Ellison
First Assistant United States Attorney
Allison Shokes
Assistant United States Attorney
United States Attorneys Office
Albuquerque, New Mexico

*Attorneys for the Respondents*